Certificate Number: 14424-MA-DE-041373679

Bankruptcy Case Number: 26-11995

14424-MA-DE-041373679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 7:28 o'clock PM EDT, Frederick V Bangs completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: August 26, 2026

By: /s/Mabelyn Ramirez

Name: Mabelyn Ramirez

Title: Instructor